1  Timothy R. Hanigan (State Bar No. 125791)
   trhanigan@gmail.com
2  Arthur Carvalho, Jr. (State Bar No. 125370)
   acarvalho@lhcllp.com
3  LANG, HANIGAN & CARVALHO, LLP
   21550 Oxnard Street, Suite 760
4  Woodland Hills, California 91367
   Telephone:  (818) 883-5644
5  Facsimile:   (818) 704-9372

6  Attorneys for Plaintiffs
   808 Holdings, LLC
7

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  808 HOLDINGS, LLC, a California limited       ) Case No.: CV12-2250 CAS(Ex)
    liability company,                            )
12                                                ) **PLAINTIFF'S *EX PARTE* APPLICATION**
                                                  ) **FOR ORDER AUTHORIZING EARLY**
13                  Plaintiff,                     ) **DISCOVERY**
                                                  )
14          vs.                                    ) **[Filed Concurrently With: (1) Memorandum**
                                                  ) **of Points and Authorities in Support Thereof;**
15  COLLECTIVE OF JANUARY 3, 2012                 ) **(2) Declaration of Timothy R. Hanigan in**
    SHARING HASH                                  ) **Support Thereof; (3) Certificate of Filing and**
16  E37917C8EEB4585E6421358FF32F29CD63            ) **Non-Service; (4) Proposed Order Thereon.]**
    C23C91ON, and DOES 1 through 10,              )
17  inclusive,                                    ) **NON-HEARING MOTION**
                                                  )
18                  Defendants.                    ) **DISCOVERY MATTER**
    _____     )

19

20       <u>**PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY DISCOVERY**</u>

21       Plaintiff 808 Holdings, LLC, ("Plaintiff" or "808"), respectfully applies to this Court, *Ex*

22  *Parte* and without a hearing, for an order authorizing Plaintiff to conduct limited early discovery

23  solely for the purpose of identifying the Doe Defendants through the issuance of subpoenas directed

24  to the Internet Service Providers ("ISPs") **AT&T d/b/a SBC Internet Services**, **Comcast Cable**,

25  **Cox Communications**, **Qwest Communications**, and **Verizon Internet Services**, requesting

26  subscriber information solely within each Internet Service Provider's possession and, thereafter,

27  through written discovery requests and/or depositions of the identified subscribers as may be

28  necessary to properly identify each Doe Defendant.

LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
(818) 883-5644

1        Plaintiff makes this application pursuant to Rules 7 and 26, Fed. R. Civ. P., and *Ex Parte*

2 pursuant to L.R. 7-19.  This Application is based on Plaintiff's Memorandum of Points and

3 Authorities and Declaration of Timothy R. Hanigan attached hereto, all the records and files herein,

4 and any other matters considered by the Court.

5

6 DATED: April 2, 2012                  LANG, HANIGAN & CARVALHO, LLP.

7

8                                   By  s/ Timothy R. Hanigan
                                        Timothy R. Hanigan
                                        Attorneys for Plaintiff 808 Holdings, LLC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Ex Parte Application*