# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge   Christina A. Snyder

From: C. Jeang _____, Deputy Clerk   Date Received: 07/19/2012

Case No.: CV12-2250-CAS(Ex(   Case Title: 808 Holdings LLC v. Collective of 1/3/12 Sharing Hash; et al.

Document Entitled: Motion to Vacate Subpoena

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically | |
| ☑ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | |
| ☑ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | |
| ☐ Local Rule 11-3.1 | Document not legible | |
| ☑ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address | |
| ☑ Local Rule 11-4.1 | No copy provided for judge | |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel | |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking | |
| ☑ Local Rule 83-2.11 | No letters to the judge | |
| ☑ Fed. R. Civ. P. 5 | No proof of service attached to document(s) | |
| ☐ Other: | | |

---

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                                              U.S. District Judge / U.S. Magistrate Judge

☒   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_7/23/12_          _Christina A. Snyder_
Date                                              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE     COPY 2 -JUDGE     COPY 3 -SIGNED & RETURNED TO FILER     COPY 4 -FILER RECEIPT

July 16, 2012

Re: 808 Holdings, LLC v. Collective of 1/3/2012 and Does 1-10
United States District Court for the Central District of Cal.
Docket No: 3:12-cv-02250
Comcast file#: 368999

Motion to Vacate Subpoena

Now comes Alden L. Burt Jr request to squash
said subpoena; states as follows;
My name is Alden L. Burt Jr. I reside
at 142 Chester Rd Derry NH 03038

I at no time had this IP address. It apparently
belongs to someone in Mt. Laurel N.J.
I at no time authorized down loading
of porn websites.

Therefore I ask you to please squash
this as it doesn't relate to me.

Alden L. Burt

Alden L. Burt Jr.

CC: Comcast

July 16, 2012

United States District Court for Central district of Cal.
Docket no: 3:12-CV-02250
Comcast File#: 368999

Dear Sir or Madam

Enclosed please find my motion
to squash subpoena

Alden L. Burt Jr.

CC: Comcast