UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-2250-CAS(Ex) | Date | November 30, 2012 |
|---|---|---|---|
| Title | *808 HOLDINGS, LLC V. COLLECTIVE OF JANUARY 3 2012 SHARING HASH, ETC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiff's Response to Order to Show Cause and *Ex Parte* Motion for Order to Extend the Time For Service filed November 27, 2012. The Court hereby grants plaintiff sixty (60) days additional time within which to serve the Summons on First Amended Complaint and First Amended Complaint, and extends its Order to Show Cause accordingly.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 31, 2013** why this action should not be dismissed for lack of prosecution **as to defendant.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)**     A proof of service of summons on first amended complaint and first amended complaint on **defendant**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |