## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   **JS-6**

| Case No. | CV12-2250-CAS(Ex) | Date | May 31, 2013 |
|---|---|---|---|
| Title | *808 HOLDINGS, LLC V. COLLECTIVE OF JANUARY 3 2012 SHARING HASH, ETC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) - DISMISSAL BY COURT

WHEREAS, on May 10, 2013, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendant RICHARD ASHCRAFT; and MICHAEL BURT**;

A response to the Order to Show Cause was to be filed and served no later than May 28, 2013. The Court is in receipt of plaintiff's Response to the Order to Show Cause filed May 28, 2013, which requests the Court to dismiss the above-entitled action without prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |